Opinion filed August 3, 2006
















 
 
  
 
 







 
 
  
 
 




Opinion filed August 3, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00017-CR 

                                                    __________

 

                                JOHNNY
CLIFTON WADE, Appellant

                                                             V.

                                        STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 90th District Court

                                                       Stephens
County, Texas

                                                   Trial
Court Cause No. 29,258 

 



 

                                                                   O
P I N I O N

Johnny
Clifton Wade has filed in this court a motion to dismiss his appeal.  Appellant states that he no longer desires to
prosecute this appeal.  The motion is
signed by both appellant and his counsel.

The
motion is granted, and the appeal is dismissed.

 

August 3, 2006                                                                                                 PER CURIAM

Do not publish.  See Tex.
R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.